**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION INC., a Colorado Nonprofit Corporation

      Plaintiff,
v.

SIMPLEXGRINNELL LP, a Delaware Limited Partnership, and SPIRIT DELIVERY AND DISTRIBUTION SERVICES, INC., a New Jersey Corporation,

      Defendants.
_____

**ORDER GRANTING DEFENDANT SIMPLEXGRINNELL LP'S MOTION FOR**
**VOLUNTARY DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE**
_____

      Upon Defendant SimplexGrinnell LP's Motion for Voluntary Dismissal of Cross-Claim without prejudice of SimplexGrinnell, LP's pending cross-claim for indemnity and contribution against Defendant Spirit Delivery and Distribution Services, Inc., it is

      ORDERED that Defendant's Motion is GRANTED.

SO ORDERED this 30th day of January, 2013

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, SeniorDistrict Court Judge