**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION INC., a Colorado Nonprofit Corporation

     Plaintiff,

v.

SIMPLEXGRINNELL LP, a Delaware Limited Partnership, and SPIRIT DELIVERY AND
DISTRIBUTION SERVICES, INC., a New Jersey Corporation,

     Defendants.
_____

**ORDER GRANTING DEFENDANT SIMPLEXGRINNELL LP'S MOTION FOR
VOLUNTARY DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE**
_____

     Upon Defendant SimplexGrinnell LP's Motion for Voluntary Dismissal of Cross-

Claim without prejudice of SimplexGrinnell, LP's pending cross-claim for indemnity and

contribution against Defendant Spirit Delivery and Distribution Services, Inc., it is

     ORDERED that Defendant's Motion is GRANTED.

SO ORDERED this 30th day of January, 2013

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, SeniorDistrict Court Judge