IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION, INC., a Colorado Nonprofit Corporation, and
THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation,

    Plaintiffs,

v.

SIMPLEXGRINNELL, LP, a Delaware Limited Partnership, and
SPIRIT DELIVERY AND DISTRIBUTION SERVICES, INC., a New Jersey Corporation,

    Defendants.

---

### [PROPOSED] ORDER DISMISSING, WITH PREJUDICE, ALL CLAIMS AGAINST DEFENDANT SPIRIT DELIVERY AND DISTRIBUTION SERVICES, INC.

---

The Court, having reviewed the joint stipulation for dismissal filed by Plaintiffs, Spire Owners Association, Inc. and The Travelers Indemnity Company and Defendant, Spirit Delivery and Distribution Services, Inc., hereby dismisses, with prejudice, all claims against Spirit Delivery and Distribution Services, Inc. It is hereby ORDERED that all claims against Defendant Spirit Delivery and Distribution Services, Inc. are dismissed in their entirety, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), with each party to bear their own attorney fees and costs.

DATED this 7 day of August, 2013.

BY THE COURT:

_____
United Stated District Court Judge

