IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION, INC., a
Colorado Nonprofit Corporation,

      Plaintiff,

v.

SIMPLEXGRINNELL, LP, a Delaware
Limited Partnership, and SPIRIT DELIVERY
AND DISTRIBUTION SERVICES, INC., a
New Jersey Corporation,

      Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

The Court, having reviewed Hall & Evans, LLC's Motion to Withdraw, responses thereto, and being advised of the premises, hereby GRANTS the motion. The Court finds that, all claims against Defendant Spirit Delivery and Distribution Services, Inc. having been dismissed with prejudice and Hall & Evans LLC's representation concluded, no prejudice or harm will result from granting this Motion to Withdraw. Accordingly, the Court GRANTS Hall & Evans, LLC's, and the firm shall be withdrawn from this case.

Dated this 28th day of August, 2013.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch
                                        Senior United States District Judge