IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION, INC., and
THE TRAVELERS INDEMNITY COMPANY,

    Plaintiffs,

v.

SIMPLEXGRINNELL, LP,

    Defendant.

_____

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

On August 8, 2012, the defendant SimplexGrinnell LP filed a motion for summary judgment on the plaintiffs' claim for negligence.  Upon reviewing the papers filed in support and in opposition to that motion, the Court finds and concludes that there are genuine issues of material fact, including the conflicting opinions of expert witnesses, which prevent a finding in favor of SimplexGrinnell.  It is

ORDERED that the motion for summary judgment is denied.

Dated: November 12th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge