IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION, INC., and
THE TRAVELERS INDEMNITY COMPANY,

    Plaintiffs,

v.

SIMPLEXGRINNELL, LP, a Delaware Limited Partnership,

    Defendant.

_____

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO ENDORSE
ADDITIONAL EXPERT WITNESS(ES)

_____

    After review of Plaintiffs' Unopposed Motion for Leave to Endorse Additional Expert Witness(es), filed November 26, 2013 [61], it is

    ORDERED that the motion is granted and the plaintiff has an additional 60 days to complete, and disclose, their expert opinions rebutting the opinions of Wayne Hubbard.

    Dated: November 26th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge