# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION INC., a Colorado Nonprofit Corporation

    Plaintiff,

v.

SIMPLEXGRINNELL LP, a Delaware Limited Partnership, and
SPIRIT DELIVERY AND DISTRIBUTION SERVICES, INC., a New Jersey Corporation,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO DEPOSE PLAINTIFFS' ADDITIONAL EXPERT WITNESS(ES)

---

THIS MATTER having come before the Court upon Defendant SimplexGrinnell LP's Unopposed Motion for Leave to Depose Plaintiff's Additional Expert Witness(es), and being otherwise duly advised in the premises,

HEREBY ORDERS that Defendant's Motion is GRANTED. Defendant shall have an additional 30 days to conduct any depositions of additional Plaintiff experts once their opinions have been disclosed.

SO ORDERED this 4th day of December, 2013

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              Richard P. Matsch, Senior District Judge