IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02421-RPM

SPIRE OWNERS ASSOCIATION, INC., and
THE TRAVELERS INDEMNITY COMPANY,

      Plaintiffs,

v.

SIMPLEXGRINNELL, LP, a Delaware Limited Partnership,

      Defendant.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation to Dismiss, with Prejudice, All Claims Against Defendant SimplexGrinnel, LP, [73] filed today, it is

ORDERED that this civil action is dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated:   March 28th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge